**Opinion issued August 29, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00495-CV

———————————

**JOSHUA BATCHELOR AND DANIELLE BATCHELOR, INDIVIDUALLY AND AS NEXT FRIENDS OF J.C.B., A MINOR, Appellants**

**V.**

**UNIVERSAL HEALTH SERVICES, INC.; UHS OF DELAWARE, INC.; GA HC REIT II BELLAIRE HOSPITAL, LLC; BEHAVIORAL HEALTH MANAGEMENT LLC D/B/A BEHAVIORAL HOSPITAL OF BELLAIRE; BEHAVIORAL HOSPITAL OF BELLAIRE; SHAKEEL RAZA, MD AND ONE BEHAVIORAL MANAGEMENT, LLC, Appellees**

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-28895**

---

## MEMORANDUM OPINION

Appellants Joshua Batchelor and Danielle Batchelor, Individually and as Next

Friends of J.C.B., a Minor have neither paid the required fees nor established

indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.941(a), 101.041; Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals). After being notified that this appeal was subject to dismissal, appellants did not adequately respond. *See* TEX. R. APP. P. 5, 42.3(c).

We dismiss the appeal for nonpayment of all required fees. *See* TEX. R. APP. P. 42.3(c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.